**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

SALINE SOUMAHORO                         CASE NO.  6:26-CV-02227 SEC P

VERSUS                                   JUDGE JAMES D. CAIN, JR.

MARKWAYNE MULLIN ET AL                   MAG. JUDGE KAYLA D. MCCLUSKY

## MEMORANDUM ORDER

Before the court is a Motion for Reconsideration [doc. 21], filed by petitioner Saline Soumahoro based on the court's failure to address the request for stay of removal mentioned in passing at the end of her Motion for Temporary Restraining Order [doc. 11]. To the extent petitioner seeks to enjoin respondents from removing her from the United States, the court lacks jurisdiction to grant such relief. Even if framed as a request to preserve the status quo, a request for stay of removal is a challenge to a removal order. *See Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026) (citing *In re Asemani*, 2025 WL 1823953, at *1 (4th Cir. Jul 2, 2025)). The Fifth Circuit recently reiterated that "federal courts lack jurisdiction over claims connected directly and immediately with a decision by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders." *Id.* (citing *Humphries v. Various Fed. USINS Emps.*, 164 F.3d 936, 943 (5th Cir. 1999) and 8 U.S.C. § 1252(g)) (internal quotations omitted). Accordingly, the Motion for Reconsideration [doc. 21] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 13th day of July, 2026.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**